# UNITED STATES DISTRICT COURT
*EASTERN DISTRICT OF VIRGINIA*
Norfolk DIVISION

**Tuesday, February 16, 2016**

**MINUTES OF PROCEEDINGS IN** Open Court
**PRESENT**: THE HONORABLE Mark S. Davis, District Judge
Courtroom Deputy Clerk: Valerie A. Ward
Law Clerk: Krystal Swendsboe                    Reporter: Paul McManus

| Set: 9:30 a.m. | Started: 9:40 a.m. | Ended: 5:55 p.m. |
|---|---|---|

| |
|---|
| Case No. 2:13cv707 |
| Summer Crump |
| v. |
| Tcoombs & Associates, LLC, trading as TCA Associates |
| TCMP Health Services, LLC |
| United States Dept. of Navy, etc. |
| Ann Sullivan, Deborah Collins, present on behalf of the Plaintiff. |
| Plaintiff present. |
| Adrian Pickard, present on behalf of Defendants Tcoombs & Associates, LLC, etc., TCMP Health Services. |
| Kent Porter, Virginia Van Valkenburg and D'Ontae Sylvertooth, present on behalf of the Defendant, U.S. Dept. of Navy. |
| Interpreters: Dolly Thomas and Bernadette Mayhall, present and sworn. |
| Matter came on for a trial with jury. |
| Counsel for Tcoombs & Associates and TCMP notified the court of a settlement with the Plaintiff. Court inquired of counsel re: settlement. The Court directed that, out of the presence of the Court, the court reporter take the terms of the settlement agreement between plaintiff and defendants Tcoombs & Assocites and TCMP Health Services. Later, counsel returned and represented to the Court that Tcoombs & Associates and TCMP, with the agreement of Plaintiff's counsel, have reached a settlement and are satisfied with the terms of the settlement. |
| Counsel for Tcoombs & Associates/TCMP asked to be excused from proceedings, which request was GRANTED, and DIRECTED counsel to have a signed dismissal order to the Court within ten (10) days from today. |
| Court addressed U.S. Navy's [302] motion to exclude which was filed on 2/15/16. |
| Oral motion to separate witnesses, which motion was GRANTED. |

| |
|---|
| Petit jurors were sworn, examined on voir dire and from said panel came a jury (8 jurors) who were duly sworn.  (Jurors not serving excused subject to call). |
| Jurors excused until 9:30 a.m. on February 17, 2016. |
| Out of the presence of the jury, the Court heard argument on U.S. Dept. of Navy's [302] motion to exclude, which motion was taken under advisement. |
| Lunch: 1:15 p.m. – 2:15 p.m. |