# *UNITED STATES DISTRICT COURT*
*EASTERN DISTRICT OF VIRGINIA*
Norfolk   DIVISION

## Thursday, February 18, 2016

**MINUTES OF PROCEEDINGS IN**   Open Court
**PRESENT**: THE HONORABLE   Mark S. Davis, District Judge
Courtroom Deputy Clerk: Valerie A. Ward
Law Clerk:   Krystal Swendsboe                         Reporter: Paul McManus

| Set: 9:30 a.m. | Started: 9:35 a.m. | Ended: 5:15 p.m. |
|---|---|---|

| |
|---|
| Case No.   2:13cv707 |
| Summer Crump |
| v. |
| Tcoombs & Associates, LLC, trading as TCA Associates |
| TCMP Health Services, LLC |
| United States Dept. of Navy, etc. |
| Ann Sullivan, Deborah Collins, present on behalf of the Plaintiff. |
| Plaintiff present. |
| Kent Porter, Virginia Van Valkenburg and D'Ontae Sylvertooth, present on behalf of the Defendant, U.S. Dept. of Navy. |
| Interpreters:   Dolly Thomas and Bernadette Mayhall, present and sworn. |
|   Matter came on for a continuation of trial with jury. |
| Plaintiff resumed presentation of evidence. |
| Objections heard and rulings made. |
| Jurors excused until 9:30 a.m. on February 19, 2016. |
| Court adjourned. |
| |
| |
| |
| |
| Lunch: 1:25 p.m. – 2:00 p.m. |